Appeal No.   2020AP1750-CR

Cir. Ct. No.  2013CF5083

STATE OF WISCONSIN

IN COURT OF APPEALS
DISTRICT I

STATE OF WISCONSIN,

PLAINTIFF-RESPONDENT,

v.

RONALD HENRY GRIFFIN,

DEFENDANT-APPELLANT.

FILED

March 28, 2022

Sheila T. Reiff
Clerk of Court of Appeals

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI 53713-4248

Hon. Stephanie Rothstein
Circuit Court Judge
Electronic Notice

George Christenson
Clerk of Circuit Court
Safety Building
Electronic Notice

John D. Flynn
Electronic Notice

Christine A. Remington
Electronic Notice

Ronald Henry Griffin 420720
New Lisbon Correctional Inst.
P.O. Box 4000
New Lisbon, WI 53950-4000

PLEASE TAKE NOTICE that corrections were made to paragraph forty-two in the above-captioned opinion which was released on February 22, 2022. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.